# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY SPURLOCK, | * | Case No. 1:17-CV-168 |
| | * | |
| Plaintiff, | * | Judge Timothy S. Black |
| | * | |
| v. | * | |
| | * | |
| TOTAL HOMECARE SOLUTIONS, LLC, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## STIPULATED JUDGMENT

This matter is before the Court on the Parties' Joint Motion to Dismiss. The Court has reviewed the Motion and the agreement of the parties and finds it well-taken. The Joint Motion to Dismiss is GRANTED; the Court hereby enters this Stipulated JUDGMENT and orders that this case is dismissed in its entirety with prejudice.

So ORDERED AND ADJUDGED this 9th day of June 2017.

                                                                  s/Timothy S. Black
                                                                   Judge Timothy S. Black
                                                                   United States District Court

4852-6686-6760, v. 1